1

2

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

4

5

6

7

8

9

DAN WINGER,

               Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,

               Defendant.

CASE NO. C12-5360 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

10

11

12

13

     This matter comes before the Court on the Report and Recommendation ("R&R")
of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 17. The Court
having considered the R&R and the remaining record, and no objections having been
filed, does hereby find and order as follows:

14

     (1)     The R&R is **ADOPTED**;

15

16

     (2)     The matter is **REVERSED** and **REMANDED** pursuant to sentence four of
42 U.S.C. § 405(g) to the Commissioner for further consideration; and

17

     (3)     **JUDGMENT** is for plaintiff and the case should be closed.

18

     Dated this 19th day March, 2013.

19

20

21

                            _____

                       BENJAMIN H. SETTLE
                       United States District Judge

22

ORDER